# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 212 DB 2014  (No. 22 RST 2015) |
| | : | |
| | : | |
| | : | |
| JILL SUSAN BENNETT A/K/A JILL | : | Attorney Registration No.  58546 |
| BENNETT GAIESKI | : | |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Delaware County) |
|   FROM INACTIVE STATUS | | |

## O R D E R

**PER CURIAM**

**AND NOW**, this 19th day of March, 2015, the Report and Recommendation of Disciplinary Board Member dated March 11, 2015, is approved  and it is ORDERED that Jill Susan Bennett a/k/a Jill Bennett Gaieski, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.